UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WANDA FAY OVERTON,

    Plaintiff,

vs                                                             Case No: 15-11750
                                                            Honorable Victoria A. Roberts

CAROLYN COLVIN,, Acting
Commission of Social Security,

    Defendant.
_____/

## ORDER

On November 5, 2015, Magistrate Judge Stafford issued a Report and Recommendation [Doc.14], recommending that Plaintiff's complaint be dismissed with prejudice for failure to prosecute and for lack of merit. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation.

Plaintiff's complaint is dismissed with prejudice.

Judgment will enter in favor of Defendant.

**IT IS ORDERED**.

                                                  S/Victoria A. Roberts
                                                  Victoria A. Roberts
                                                  United States District Judge

Dated: November 30, 2015

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on November 30, 2015.

S/Linda Vertriest
Deputy Clerk